IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENTECH FINANCIAL SERVICES,

    Plaintiff,

  v.

CMGI, INC., et al.,

    Defendant.

**\*E-FILED - 6/7/05\***

CASE NO.: C-02-00529-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that Plaintiff's Opposition to Defendant's Motion for Clarification shall be filed under seal.

IT IS SO ORDERED.

DATED: June 8, 2005

                                    */s/ Ronald M. Whyte*
                                    RONALD M. WHYTE
                                    United States District Judge

1
2  Copies of E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28