**E-FILED on** _4/2/08_

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PENTECH FINANCIAL SERVICES INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CMGI., a Delaware Corporation, CMGION, INC., a Delaware Corporation, ANDREW HAJDUCKY, an individual, and DAVID ANDONIAN, an individual,<br><br>    Defendants. | No. C-02-00529 RMW<br><br><br>ORDER TO SHOW CAUSE |

On May 20, 2005, the court entered an order clarifying a confidential settlement agreement. *See* Docket No. 197. On July 1, 2005, the Ninth Circuit Court of Appeals appears to have granted the appellant's motion to dismiss its appeal because the parties entered a mediation program. *See* Docket No. 201. Since the summer of 2005, there has been no further action. Nearly three years have elapsed since any substantive action has taken place in this case, therefore,

IT IS HEREBY ORDERED that plaintiff file a written response by April 28, 2008 showing cause why this case should not be dismissed for failure to diligently prosecute.

If plaintiff fails to comply with this order or fail to show good reason for its failure to diligently prosecute, the case will be dismissed.

DATED:   _4/1/08_

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-02-00529 RMW
TSF

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff(s):**

3  Daphne Wells              daphnew@pentechfinancial.com
   Pamela Lorraine Cox       pcox@hemar-rousso.com
4  Peter Jameson Veiguela    pveiguela@hemar-rousso.com
   Tyler J Olson             tolson@rehonroberts.com

5  **Counsel for Defendant(s):**

6
   Joanne L. Monteavaro      joanne.monteavaro@wilmerhale.com
7  John G. Fabiano           jack.fabiano@wilmerhale.com
   Peter J. MacDonald        peter.macdonald@wilmerhale.com
8  Rebecca M. Peterson       rebecca.peterson@wilmerhale.com
   Stephen Dane Rockwell     srockwell@be-law.com
9  Caroline McIntyre         cmcintyre@be-law.com

10

11 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

14 **Dated:**   4/2/08                           TSF
                                                 **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—No. C-02-00529 RMW
TSF                                              2