**E-FILED on** 8/26/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PENTECH FINANCIAL SERVICES INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CMGI., a Delaware Corporation, CMGION, INC., a Delaware Corporation, ANDREW HAJDUCKY, an individual, and DAVID ANDONIAN, an individual,<br><br>    Defendants. | No. C-02-00529 RMW<br><br><br>ORDER DISMISSING CASE |

On April 1, 2008, the court issued an order to show cause why the case should not be dismissed for failure to diligently prosecute. A response was due by April 28, 2008. Docket No. 203. As of August 22, 2008, Pentech has failed to respond to the order to show cause. Therefore,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute.

DATED:    8/26/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-02-00529 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Daphne Wells | daphnew@pentechfinancial.com |
| Pamela Lorraine Cox | pcox@hemar-rousso.com |
| Peter Jameson Veiguela | pveiguela@hemar-rousso.com |
| Tyler J Olson | tolson@rehonroberts.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Joanne L. Monteavaro | joanne.monteavaro@wilmerhale.com |
| John G. Fabiano | jack.fabiano@wilmerhale.com |
| Peter J. MacDonald | peter.macdonald@wilmerhale.com |
| Rebecca M. Peterson | rebecca.peterson@wilmerhale.com |
| Stephen Dane Rockwell | srockwell@be-law.com |
| Caroline McIntyre | cmcintyre@be-law.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    8/26/2008                                            TSF
                                                                   **Chambers of Judge Whyte**

ORDER DISMISSING CASE—No. C-02-00529 RMW
TSF                                                                                 2