**E-FILED on** 8/26/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PENTECH FINANCIAL SERVICES INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CMGI., a Delaware Corporation,<br>CMGION, INC., a Delaware Corporation,<br>ANDREW HAJDUCKY, an individual, and<br>DAVID ANDONIAN, an individual,<br><br>          Defendants. | No. C-02-00529 RMW<br><br><br><br>JUDGMENT |

On August 22, 2008 the court entered its order dismissing this case without prejudice for failure to diligently prosecute. Therefore,

Judgment is hereby entered in favor of defendants, and plaintiff is not entitled to any relief by way of its complaint.

DATED:    8/26/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-02-00529 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Daphne Wells | daphnew@pentechfinancial.com |
| Pamela Lorraine Cox | pcox@hemar-rousso.com |
| Peter Jameson Veiguela | pveiguela@hemar-rousso.com |
| Tyler J Olson | tolson@rehonroberts.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Joanne L. Monteavaro | joanne.monteavaro@wilmerhale.com |
| John G. Fabiano | jack.fabiano@wilmerhale.com |
| Peter J. MacDonald | peter.macdonald@wilmerhale.com |
| Rebecca M. Peterson | rebecca.peterson@wilmerhale.com |
| Stephen Dane Rockwell | srockwell@be-law.com |
| Caroline McIntyre | cmcintyre@be-law.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/26/2008

TSF
**Chambers of Judge Whyte**